UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JULIE M. TITTL,** ) | **CASE NO. 1:06CV1411** |
| ) | |
| Plaintiff, ) | **JUDGE CHRISTOPHER A. BOYKO** |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **STATE OF OHIO, DEPARTMENT OF** ) | |
| **MENTAL HEALTH,** ) | |
| ) | |
| Defendant. ) | |

**CHRISTOPHER A. BOYKO, J**.:

This matter comes before the Court upon Plaintiff's Motion (ECF DKT #56) for Reconsideration of the Court's Order to Deny, In Part, Plaintiff's Motion to Extend Discovery by 30 Days.  The Court has considered the Motion and the Memorandum in Opposition; the Federal Rules of Civil Procedure; Local Rule 16.1(b)(6) for the U.S. District Court for the Northern District of Ohio; as well as counsel's arguments at the Settlement Conference held on August 21, 2007.  The Motion for Reconsideration is denied and there will be no further extensions of discovery.

In addition, Defendant has certified the inability, despite good faith efforts, to resolve

a discovery dispute over a witness statement in Plaintiff's counsel's possession.  (ECF DKT #59).  Upon consideration of the applicable rules and case law, as well as the oral arguments presented in chambers at the Settlement Conference, the Court finds the statement/affidavit is not privileged work product.  Plaintiff shall immediately turn the statement/affidavit over to Defendant.

**IT IS SO ORDERED.**

**DATE: August 22, 2007**

>    **s/Christopher A. Boyko**
>    **CHRISTOPHER A. BOYKO**
>    **United States District Judge**