UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JULIE M. TITTL, | ) | CASE NO. 1:06CV1411 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | DISMISSAL ENTRY |
| | ) | |
| STATE OF OHIO, DEPARTMENT | ) | |
| OF MENTAL HEALTH, | ) | |
| Defendant. | ) | |

CHRISTOPHER A. BOYKO, J.:

A final pre-trial was held on September 11, 2008. The parties entered into a settlement of the captioned matter in the presence of the Court. Therefore, the case is dismissed with prejudice.

No record.

IT IS SO ORDERED.

DATE: 9/12/08

_____
CHRISTOPHER A. BOYKO
United States District Judge